# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 08-81205-CIV-HURLEY/HOPKINS

JACQUELINE JEAN-LOUIS,

      **Plaintiff,**

**v.**

**STEVEN GREENBERG, et al.,**

      **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND GRATING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND TO TAX COSTS

**THIS CAUSE** is before the court upon plaintiff's amended verified motion for attorneys' fees and to tax costs [DE # 43], and the report and recommendation of the Honorable James M. Hopkins, United States Magistrate Judge, recommending that the court grant plaintiff's motion [DE # 50]. No objections were filed to the Magistrate Judge's report.

Having carefully reviewed the Magistrate Judge's report and recommendation as to plaintiff's motion, the court finds the resolution of the issues as recommended by Magistrate Judge Hopkins to be sound and well reasoned. The court therefore adopts those recommendations.

Upon review of the report of the magistrate judge, it is hereby **ORDERED** and **ADJUDGED**:

Order Adopting R & R of Magistrate Judge
Jean-Louis v. Greenberg, et al.
Case No. 08-81205-CIV-HURLEY/HOPKINS

1.    The Report and Recommendation of the United States Magistrate Judge [DE # 50]

      is **ADOPTED** in its entirety and **INCORPORATED** herein by reference.

2.    Defendants' motion for bill of costs [DE # 43] is **GRANTED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___14___ day of

October, 2009.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*

2